
**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for MERS, Inc. as nominee for
Chase Home Finance LLC
[FILE 09-017223 CHE]

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>RAYMOND TRILLAS AND STACY ANN,<br><br>      Debtor.<br>MERS, Inc. as nominee for Chase Home Finance LLC, its assignees and / or successors in interest,<br>      Movant,<br>v.<br>RAYMOND TRILLAS AND STACY ANN, Debtor, and Chapter 7 Trustee Dale D. Ulrich,<br>      Respondents. | Case # 2:09-bk-19710-CGC<br><br>Chapter 7 Proceedings<br><br><br>**ORDER LIFTING<br>THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>30182 West Mulberry Drive<br>Buckeye, AZ 85396 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by MERS, Inc. as nominee for Chase Home Finance LLC, ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 30182 West Mulberry Drive, Buckeye, AZ 85396 and legally described as:

> LOT 542, OF TARTESSO UNIT 2A, ACCORDING TO THE PLAT OR RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED AS BOOK 754 OF MAPS, PAGE 28 AND AFFIDAVIT OF CHANGE RECORDED AS 2006-192276 OF OFFICIAL RECORDS.

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Charles G. Case, II
U. S. Bankruptcy Court Judge